**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **MARY PATRUSTIE and MELISSA CHERRY**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**BON SECOURS MERCY HEALTH**,<br><br>Defendant. | Case No.: 1:26-cv-00201-JPH<br><br>Hon. Jeffery P. Hopkins |

**DEFENDANT'S MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

Defendant Bon Secours Mercy Health ("BSMH"), by and through counsel, hereby moves

the Court for an order dismissing Plaintiffs' First Amended Class Action Complaint pursuant to

Fed. R. Civ. P. 12(b)(1) and 12(b)(6).[1] As explained in detail in the accompanying Memorandum

of Law, Plaintiffs lack Article III standing to sue and fail to state a claim for relief. The Court

should dismiss the Complaint in its entirety, with prejudice.

---

[1] Contemporaneously herewith, BSMH is filing a Motion to Compel Arbitration of Plaintiff Mary Patrustie's Section 1132(a)(3) claims. Many of the substantive arguments raised in this Memorandum apply equally to Patrustie's Section 1132(a)(3) claims. BSMH will raise those arguments in arbitration. The Motion to Compel Arbitration asks the Court to stay this entire case pending completion of the arbitration. Due to the many overlapping issues, if the Court stays the case pending arbitration, there is no need at present to rule on this Motion to Dismiss.

SMRH:4896-3418-0015.1                                     -1-

June 8, 2026

Respectfully submitted,

*/s/ Robert Sanders*

Robert Sanders
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
501 West Broadway, 18th Floor
San Diego, CA 92101-3598
Telephone: 619.338.6500
Facsimile: 619.234.3815

Robert J. Guite (Cal. Bar No. 244590) (pro hac
vice forthcoming)
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415.434.9100
Fax:  415.434.3947
rguite@sheppard.com

Danielle Vrabie (NY Bar No. 4778759) (pro hac
vice forthcoming)
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone:  212.634.3081
Fax:  212.653.8700
dvrabie@sheppard.com

*Attorneys for Defendants*